E. BRYAN WILSON
Acting United States Attorney

SETH BRICKEY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: seth.brickey-smith@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>ROCKY DALE DODSON,<br><br>                Defendant. | No. 3:21-cr-00099-TMB-MMS<br><br>COUNT 1:<br>POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE<br>   Vio. of 21 U.S.C. § 841(a)(1) and (b)(1)(C)<br><br>COUNT 2:<br>POSSESSION OF A FIREARM IN FUTHERANCE OF A DRUG TRAFFICKING CRIME<br>   Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>CRIMINAL FORFEITURE ALLEGATION 1:<br>   18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); and Rule 32.2(a)<br><br>CRIMINAL FORFEITURE ALLEGATION 2:<br>   21 U.S.C. § 853 and Rule 32.2(a) |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT 1

On or about February 23, 2021, within the District of Alaska, defendant, ROCKY DALE DODSON, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: methamphetamine, and a mixture and substance containing a detectable amount of heroin.

All of which is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## COUNT 2

On or about February 23, 2021, within the District of Alaska, defendant, ROCKY DALE DODSON, did knowingly possess firearms, to wit: a Colt Commander 9mm, in furtherance of the drug trafficking offense alleged in Count 1.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

## CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offense alleged in Count 2 of this Indictment, defendant ROCKY DALE DODSON shall forfeit to the United States pursuant to 18 U.S.C. § 924 and 28 U.S.C. § 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

1. Springfield XDM .40, Serial No. MG111292;

2. Enfield 916-A 12 GA, Serial No. 5B7716;

3. Remington 522 Viper, Serial No. 3217945;

4. Winchester Model 70 30-06, Serial No. G1040297;

5. Colt Commander 9mm, Serial No. 42608-LW; and

6. Any related magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Upon conviction of the offense alleged in Count 2 of this Indictment, the defendant, ROCKY DALE DODSON, shall forfeit to the United States pursuant to 21 U.S.C. § 853(a)(1) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1. Springfield XDM .40, Serial No. MG111292;

2. Enfield 916-A 12 GA, Serial No. 5B7716;

3. Remington 522 Viper, Serial No. 3217945;

4. Winchester Model 70 30-06, Serial No. G1040297;

5. Colt Commander 9mm, Serial No. 42608-LW; and

6. Any related magazines and ammunition.

All pursuant to 21 U.S.C. § 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Seth Brickey
SETH BRICKEY
Assistant U.S. Attorney
United States of America


s/ Christina Sherman for
E. BRYAN WILSON
Acting United States Attorney
United States of America


DATE: 11/17/2021